Michael D. DUGGAN, Petitioner,

v.

**DEPARTMENT OF THE INTERIOR,**
**Respondent.**

No. 05–3321.

United States Court of Appeals,
Federal Circuit.

Sept. 19, 2005.

**ORDER**

*Official Caption*[3]

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Stephen M. BUTLER, Sr., and Noreen**
**T. Butler, Petitioner,**

v.

**OFFICE OF PERSONNEL**
**MANAGEMENT,**
**Respondent.**

No. 05–3333.

United States Court of Appeals,
Federal Circuit.

Sept. 19, 2005.

Stephen M. Butler, Sr., Noreen T. Butler, pro se.

**ORDER**

*Official Caption*[3]

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

---

**3.** Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

**3.** Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).